No. 40433.—Petition 5582–R of R. Frias & Cia (San Juan).

Opinion by SULLIVAN, J.  While it appeared that the petitioners failed to take such steps prior to entry as ordinarily would justify a finding that they were without intention to defraud the revenues, the court was of the opinion that the good faith and honest intentions of the petitioners were demonstrated by their

action in promptly notifying the appraiser as soon as knowledge was obtained of the foreign-market value. The petition was therefore granted. Brown, J., concurred in the conclusion.